**Order filed December 20, 2013**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-13-00531-CV

————————

**LENG ABBASSI, Appellant**

**V.**

**TRAVIS HAILEY, Appellee**

On Appeal from the Co Civil Ct at Law No 1
Harris County, Texas
Trial Court Cause No. 1021210

## ORDER

On October 21, 2013, appellant filed a brief that is not in compliance with the Texas Rules of Appellate Procedure. The brief fails generally to comply with the rules. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k).

Accordingly, we order appellant's brief filed October 21, 2013, stricken. Appellant is ordered to file a brief that complies with the Texas Rules of Appellate Procedure **within ten (10) days** of the date of this order. *See* Tex. R. App. P. 38.1(a), (b), (c), (d), (e), (f), (g), (h), (i), (j) and (k).

If appellant files another brief that does not comply with Rule 38, the Court may strike the brief, prohibit appellant from filing another, and proceed as if appellant had failed to file a brief. *See* Tex. R. App. P. 38.9(a). Pursuant to Texas Rule of Appellate Procedure 38.8(a), when an appellant has failed to file a brief, we may dismiss the appeal for want of prosecution. If appellant fails to timely file a brief in accordance with Rule 38, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1).


PER CURIAM